UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| DONALD MARK McCORMICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:17-CV-00284-JCH-KBM |
| THE STANDARD INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the Stipulation to Dismiss with prejudice brought by the plaintiff Donald Mark McCormick and the defendant The Standard Insurance Company, and the Court having reviewed the Stipulation and being otherwise fully advised, finds that good cause for the Stipulation exists and it should be granted.

**IT IS ORDERED** that all claims brought or that could have been brought in this action between the plaintiff, Donald Mark McCormick, and the defendant, The Standard Insurance Company**,** are dismissed with prejudice. The parties are to bear their own costs.

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -

**Submitted/Approved by:**

By */s/  Ann-Martha Andrews*
Ann-Martha Andrews
LEWIS ROCA ROTHGERBER CHRISTIE LLP
*Attorneys for The Standard Insurance Company*
201 E. Washington Street
Suite 1200
Phoenix, AZ 85004-2595
Tel: 602-262-5311
Fax: 602-262-5747
aandrews@lrrc.com

By */s/  Jeffrey B. Diamond (with permission)*
Jeffrey B. Diamond
THE JEFF DIAMOND LAW FIRM
P O Box 1866
Carlsbad, NM 88221-1866
TEL:  505-881-6500
FAX:  505-881-9101
jdiamond@jeffdiamondlawfirm.com
*Attorney for Plaintiff*